IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMMY DEMOND BELL,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 04-0263-WS-L** |
| **SGT. HADLEY, et al.,** | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this court. It is **ORDERED** defendants Baldwin County Jail, Baldwin County, and state of Alabama be and are hereby **DISMISSED** without prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) because plaintiff's claims against them are either frivolous or fail to state a claim upon which relief can be granted.

**DONE** and **ORDERED** this 20th day of July, 2005.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE