IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMMY DEMOND BELL,** | : |
| Plaintiff, | : |
| vs. | :    **CIVIL ACTION 04-0263-WS-L** |
| **SGT. HADLEY, et al.,** | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that defendants Baldwin County Jail, Baldwin County, and state of Alabama be and are hereby **DISMISSED** without prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) because plaintiff's claims against them are either frivolous or fail to state a claim upon which relief can be granted.

**DONE** and **ORDERED** this 20th day of July, 2005.

                                              sWILLIAM H. STEELE
                                              UNITED STATES DISTRICT JUDGE